BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:99-MJ-02041 |
| Plaintiff, | |
| v. | GOVERNMENT'S REQUEST TO DISMISS COMPLAINT AND ORDER [FED.R.CRIM.PROC. 48(A); 18 U.S.C. 3291] |
| ORFELINDA SOSA MENDEZ, Aka Christina Navarro, | |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and requests leave of the Court to dismiss the Complaint as to the above-named defendant and recall the arrest warrant as more than ten (10) years has elapsed since the offense was committed.

Dated:  July 28, 2014                              BENJAMIN B. WAGNER
                                                                  United States Attorney


                                                        By:  /s/ LAUREL J. MONTOYA
                                                                  LAUREL J. MONTOYA
                                                                  Assistant United States Attorney

IT IS SO ORDERED that Complaint is Dismissed and Warrant is Recalled as to Orfelinda Sosa Mendez.
IT IS SO ORDERED.

Dated:  **July 30, 2014**                          /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE